No. 07-13-00428-CV

| | | |
|---|---|---|
| Oncor Electric Delivery Company LLC<br>  Appellant | § | From the 46th District Court of<br>  Wilbarger County |
| | § | |
| v. | | November 6, 2014 |
| | § | |
| William E. Brown and Helen W. Brown<br>as Trustees of the William E. Brown<br>and Helen W. Brown Revocable Living<br>Trust<br>  Appellees | § | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 6, 2014, it is hereby ordered, adjudged and decreed that the judgment of the trial court is reversed and remanded in part and affirmed in part.

It is further ordered, adjudged and decreed that appellant pay one-half of the costs of this appeal, and appellees pay one-half of the costs of this appeal, for which let execution issue.

It is further ordered that this decision be certified below for observance.


o O o